**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Willie James EARL, Jr., Defendant— Appellant.**

**No. 09–30398.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.\*

Filed Oct. 12, 2010.

Helen J. Brunner, Esquire, Vincent Thomas Lombardi, II, Esquire, Brian Werner, Thomas Merton Woods, Esquire, Assistant U.S. Attorneys, Office of the U.S. Attorney, Seattle, WA, for Plaintiff– Appellee.

Willie James Earl, Jr., pro se.

Jerald Lee Brainin, Esquire, Los Angeles, CA, for Defendant–Appellant.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM \*\*

Willie James Earl, Jr. appeals from his 68–month sentence for conspiracy to distribute marijuana, in violation of 21 U.S.C. § § 841(a)(1), 841(b)(1)(B), and 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Earl's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.